**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.                                                                CASE NO.: 4:22-cr-130

RAMON SAMUEL COLLAZO,

Defendant.

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss.  (Doc. 39.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Ramon Samuel Collazo from the Indictment in the above-captioned case with prejudice.  The Court DENIES AS MOOT all pending motions and DIRECTS the Clerk of Court to CLOSE this case.

**SO ORDERED**, this 27th day of September, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA